Deceased, under the Acts in Relation to the Taxable Transfers of Property. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; JOSEPH D. TOMLINSON and Others, as Executors, etc., of WILLIAM D. BURNHAM, Deceased, Respondents.— Order of the Surrogate's Court of Westchester county affirmed, with costs, on the opinion of Surrogate Slater. [Reported in 112 Misc. Rep. 560.] Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of an Application for the Commitment of SADIE EVANS, an Alleged Mentally Defective Person, Appellant. HELEN A. COBB, Superintendent of the New York State Reformatory for Women, Respondent.— Order of the County Court of Westchester county affirmed, without costs. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Judicial Accounting of ROWLAND MILES, Respondent, as Sole Surviving Trustee under the Will of JOHN P. FLEET, Deceased. ELBERT A. FLEET, Appellant.— The decree of the Surrogate's Court of Suffolk county is modified by providing that the 2d clause of the will does not constitute an express trust, but that the duty cast upon the trustees by that clause can be exercised under a power in trust, and the effect is to vest in the wife and children living at the time of testator's death as joint tenants a life estate until the youngest child living at testator's death reaches the age of twenty-one years; and as so modified the decree is affirmed, with costs of the appeal to all the parties who have appeared separately, payable out of the estate. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

NESTOR L. JONES, Respondent, v. ROYAL L. SIDNAM, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

LANGDON HOLDING CORPORATION, Respondent, v. EMANUEL MEHL, Appellant.— Appeal dismissed by default, with ten dollars costs and disbursements. Mills, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

HELEN LAUFER, Appellant, v. ARTHUR M. FRANKEL, Respondent.— Judgment of the Appellate Term affirmed, with costs. No opinion. Jenks, P. J., Rich, Blackmar and Jaycox, JJ., concur; Putnam, J., dissents.

ABRAHAM LAUFER, Appellant, v. ARTHUR M. FRANKEL, Respondent.— Judgment of the Appellate Term affirmed, with costs. No opinion. Jenks, P. J., Rich, Blackmar and Jaycox, JJ., concur; Putnam, J., dissents.

BENJAMIN LYONS, as Executor, etc., of PHILIP LYONS, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order reversed and verdict reinstated, with costs to the appellant. On the evidence in this case we are of opinion that it cannot be said as matter of law that the compensatory damages assessed by the jury were insufficient. Blackmar, Kelly and Jaycox, JJ., concur; Mills, J., votes to affirm; Rich, J., not voting.

CHARLES A. PECK, Respondent, v. THOMAS S. BAINES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

SAMUEL PELTZ, Appellant, v. NATHAN ROSENBERG, Respondent.— Without deciding whether after October 1, 1920, a suit in equity would lie